IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| VICTOR BUCHI,<br><br>           Plaintiff,<br><br>v.<br><br>DEP'T OF PROBATION PAROLE et al.,<br><br>           Defendants. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br>Case No. 2:19-CV-335-JNP<br><br>District Judge Jill N. Parrish |

      Plaintiff, Victor Buchi, has not responded to the court's August 2, 2019 order to within thirty days show cause why his case should not be dismissed for failure to comply with the court's order to submit his certified six-month inmate account statement.

      IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED. This action is CLOSED.

      Signed October 10, 2019.

      BY THE COURT:

_____

Jill N. Parrish

United States District Court Judge